INGOMAR GOLDSMITH et al., Composing the Firm of INGOMAR
GOLDSMITH AND COMPANY, Appellants, *v.* JOSEPH HASKELL,
Respondent.

*Goldsmith* v. *Haskell,* 120 App. Div. 403, appeal dismissed.
(Submitted September 30, 1907; decided October 3, 1907.)

MOTION for leave to withdraw and motion to dismiss an
appeal from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered July
1, 1907, which reversed an order of Special Term denying a
motion to vacate the service of an order of arrest and of the
summons and complaint in the above-entitled action.

·The motions were made upon the grounds that the Court
of Appeals had no jurisdiction to review the order appealed
from and permission to appeal had not been given.

*Felix H. Levy* for appellants.

*Morris J. Hirsch* for respondent.

Appeal dismissed, with costs and ten dollars costs of motion.

---

MARY BAHR, Respondent, *v.* JOHN J. CLARKE, Appellant.

*Bahr* v. *Clarke,* 113 App. Div. 890, affirmed.
(Argued May 3, 1907; decided October 8, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
May 18, 1906, affirming a judgment in favor of plaintiff
entered upon a decision of the court on trial at Special Term
in an action for the reformation of a deed and to recover the
value of the difference between the amount of land actually
conveyed by defendant and the amount called for in the deed
executed by him.

*Theodore E. Hancock* for appellant.

*Edward Devine* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.